UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61160-CIV-UNGARO/SIMONTON

DANIEL TURNER,

    Plaintiff,

v.

STERLING BANK.

    Defendant.
_____/

## ORDER REQUIRING A RESPONSE

Presently pending before the Court is Plaintiff's Amended Motion For Protective Order, filed on October 26, 2009 (DE # 20). This motion is referred to the undersigned Magistrate Judge for disposition (DE # 22).

In Plaintiff's October 26, 2009 Amended Motion For Protective Order, Plaintiff stated that he objected to Requests 2, 4, 5, 7 and 11 of Defendant's October 12, 2009 notice of deposition duces tecum for an October 26, 2009 deposition (DE # 20).[1] Defendant's response to the amended motion was due on November 12, 2009, but Defendant did not filed a response. On November 16, 2009, Plaintiff filed a notice of withdrawal of his objections to Requests 4 and 6 of Defendant's October 12, 2009 notice of deposition duces tecum. Plaintiff noted, however, that he still objected to Requests 2, 5, 7, and 11 of Defendant's October 12, 2009 notice of deposition duces tecum (DE # 27).

Therefore, it is hereby

**ORDERED** that on or before November 23, 2009, Defendant shall file a response in opposition to Plaintiff's Amended Motion for Protective Order. If Defendant does not

---

[1] In his November 16, 2009 notice, Plaintiff states that the deposition duces tecum occurred as scheduled on October 26, 2009 (DE # 27 at 2, para. 4).

respond, Plaintiff's Amended Motion for Protective Order may be granted by default. If the parties resolve the remaining issues, they should immediately notify the chambers of the undersigned Magistrate Judge.

**DONE AND ORDERED** in chambers in Miami, Florida on November 17, 2009.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

**Copies furnished via CM/ECF to:**
All counsel of record